IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRICKLAYERS & ALLIED  :
CRAFTWORKERS LOCAL 1 OF PA/DE,  :
ET AL.  :
                               :        CIVIL ACTION
      v.  :
                               :        NO. 09-3935
WATERCONTROL SERVICES, INC.  :
ET AL.  :

**O R D E R**

**AND NOW** this 30th day of July, 2012, upon consideration of Plaintiffs' Amended Motion for Default Judgment (ECF No. 6), it is **ORDERED** as follows:

1. Plaintiffs' Motion for Default Judgment is **GRANTED**.

2. Judgment is entered in favor of Plaintiffs and against Defendants jointly and severally in the amount of $194,327.64, which includes the following:

| | |
|---|---:|
| Liquidated damages for the months of January - December 2007, March - September 2008, November - January, 2011 | $165,586.27 |
| Interest for the months of January - December 2007, March - September 2008, November - January, 2011 | $26,623.87 |
| Attorney's fees through May 31, 2011 | $1,697.50 |
| Costs (Court filing fees and service) | $420.00 |
| **TOTAL** | **$194,327.64** |

3. On or before August 29, 2012, Defendants shall remit to Plaintiffs employee benefit fund contributions and contribution reports for the months of February

       2011, March 2011, and April 2011.

4.     Defendants shall permit Plaintiffs access to Defendants' payroll records in order to conduct an audit.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

                                          _____

                                          **R. BARCLAY SURRICK, J.**